# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Reginald P. Burgess

v.

Peninsula Marina; Ira Ruskin, individually and in his official capacity; Peter Karaginnis; Janet Sailor, individually and in her official capacity; Betsy Vegso, individually and in her official capacity and Does 1 to 100

Case No. Civil 01-897JRT/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action camc to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

DATE: May 30, 2001

FRANCIS E. DOSAL, CLERK

Denise La Fond, Deputy Clerk